UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ELIZABETH SELTUN,
as Administratrix of the Estate of Amare
Seltun,

               Plaintiff,

    – against –

NEW YORK STATE OFFICE OF MENTAL
HEALTH ("OMH"); NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION ("DOCCS");
BRIAN FISCHER, COMMISSIONER OF
DOCCS; MICHAEL F. HOGAN,
COMMISSIONER OF OMH; MARK L. BRADT,
SUPERINTENDENT OF ATTICA
CORRECTIONAL FACILITY; MAIZIE SHAW;
DAN COTOMAN; PRABHAKAR GUMBULA;
"L.T"; JANE AND JOHN DOES 1-10.

               Defendants.
-----------------------------------------------------------X

Civil Action No. 11-cv-781 (RJA)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Elizabeth Seltun, as Administratrix of the Estate of Amare Seltun, in the above-captioned case and requests that the Clerk of the Court please enter his appearance.

Dated:  New York, New York
         October 4, 2011

                                   */s/ Rahul Agarwal*

                                   Rahul Agarwal (NY Bar No. 4491478)
                                   FRIEDMAN KAPLAN SEILER &
                                   ADELMAN LLP
                                   7 Times Square
                                   New York, New York 10036
                                   (212) 833-1100
                                   ragarwal@fklaw.com

1040424.1