UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ELIZABETH SELTUN,
as Administratrix of the Estate of Amare Seltun,

               Plaintiff,

  – against –

NEW YORK STATE OFFICE OF MENTAL HEALTH ("OMH"); NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION ("DOCCS"); BRIAN FISCHER, COMMISSIONER OF DOCCS; MICHAEL F. HOGAN, COMMISSIONER OF OMH; MARK L. BRADT, SUPERINTENDENT OF ATTICA CORRECTIONAL FACILITY; MAIZIE SHAW; DAN COTOMAN; PRABHAKAR GUMBULA; "L.T"; JANE AND JOHN DOES 1-10.

               Defendants.

------------------------------------------------------------X

Civil Action No. 11-cv-781 (RJA)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Elizabeth Seltun, as Administratrix of the Estate of Amare Seltun, in the above-captioned case and requests that the Clerk of the Court please enter his appearance.

Dated:  New York, New York
         October 4, 2011

_____
Christopher M. Colorado (NY Bar No. 4536298)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York 10036
(212) 833-1100
ccolorado@fklaw.com

1040424.1